November 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

COTTON COMMERCIAL USA, INC., Appellant

NO. 14-12-00272-CV                              V.

CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, Appellee

_____

This cause, an appeal from the order signed March 1, 2012, was heard on the transcript of the record. We have inspected the record and find that the trial court erred by denying the motion to compel arbitration with respect to Clear Creek Independent School District's claims against Cotton Commercial USA, Inc. We therefore order that the portion of the order that denied the motion to compel arbitration with respect to Clear Creek Independent School District's claims against Cotton Commercial USA, Inc. is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with the court's opinion.

Further, we order the remainder of the order **AFFIRMED**.

We order that all costs incurred by reason of this appeal be paid by appellee, Clear Creek Independent School District.

We order this decision certified below for observance.